# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:25-CV-00033-FDW-DCK

| | |
|---|---|
| NAYELI MORALES OSORIO, ELIUTH CRUZ CORTEZ, <br><br> Plaintiffs, <br><br> v. <br><br> KIKA SCOTT, Acting Director, U.S. Citizenship and Immigration Services;[1] LAURA B. ZUCHOWSKI, Director of U.S. Citizenship and Immigration Services, Vermont Service Center, <br><br> Defendants. | **MOTION TO DISMISS** |

Defendants KIKA SCOTT, Acting Director, U.S. Citizenship and Immigration Services; LAURA B. ZUCHOWSKI, Director of U.S. Citizenship and Immigration Services, Vermont Service Center, by and through the United States Attorney's Office for the Western District of North Carolina, RUSS FERGUSON, United States Attorney, hereby moves this honorable court for dismissal pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(b)(1) for failure to state a claim, lack of standing, mootness, and lack of subject matter jurisdiction. The grounds and authorities for this Motion are set forth in the accompanying Memorandum of Law, accompanying administrative claim records, and a declaration.

WHEREFORE, the United States respectfully requests that this Court grant this motion to dismiss this and for any other or additional relief the Court deems appropriate.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Defendants give notice of the substitution of Kika Scott, Acting Director of U.S. Citizenship and Immigration Services for Ur M. Jaddou.

Respectfully submitted, this the 9th day of May 2025.

                RUSS FERGUSON
                UNITED STATES ATTORNEY

                *s/Janice Powers*
                JANICE POWERS
                ASSISTANT UNITED STATES ATTORNEY
                NC Bar: 60504
                227 West Trade Street – Suite 1650
                Charlotte, NC 28202
                O: (704) 344-6222
                F: (704) 344-6629
                E: janice.powers@usdoj.gov