Content may be subject to confidentiality provisions/disclosure restrictions under U.S.

December 16, 2022



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
38 River Road
Essex Junction, VT 05479-0001

 **U.S. Citizenship and Immigration Services**


LAW FIRM LLC
CHARLOTTE,


EAC

RE: ELIUTH CRUZ CORTEZ
I-918A, Petition for Qualifying Family Member of U-1 Recipient (Form I-918, Supplement A)

## CORRESPONDENCE

On May 9, 2017, you submitted a Form I-918, Supplement A, Petition for Qualifying Family Member of U-1 Recipient (Form I-918, Supplement A) for your family member. In order to approve a Form I-918, Supplement, A, the principal's petition for U Nonimmigrant Status (Form I-918) must first be approved. As the statutory cap for U-1 nonimmigrant status has been reached for this fiscal year, U.S. Citizenship and Immigration Services (USCIS) may not grant your U-1 nonimmigrant status petition until new visas become available. Under 8 U.S.C. 1184(p)(6) and 1103(a), the Department of Homeland Security (DHS) may conduct a bona fide determination, and if warranted as a matter of discretion, provide employment authorization and deferred action.

At this time, the evidence demonstrates your family member's Form I-918, Supplement A petition for U nonimmigrant status is bona fide, and that they warrant a favorable exercise of discretion to receive employment authorization and deferred action. Because USCIS has determined their petition is bona fide and warrants a favorable exercise of discretion, they will be issued an employment authorization document and may be placed in deferred action. Deferred action is an act of administrative convenience to the government which gives some cases lower priority for removal.

Under 8 U.S.C. 1184(p)(6), because USCIS has determined your family member's petition is bona fide, your family member may submit a Form I-765, Application for Employment Authorization with this office. In order for your family member to receive employment authorization, your family member must complete and file the Form I-765 under 8 CFR, 274a.12(c)(14) in accordance with the instructions on the Form I-765 to receive the employment authorization document. USCIS grants employment authorization based on the bona fide determination and favorable exercise of discretion described above under 8 U.S.C. 1184 (p)(6), as well as under 8 C.F.R. 274a.12(c)(14), which gives the agency the authority to provide employment authorization to noncitizens placed in deferred action. Your family member's period of deferred action will begin on the date employment authorization begins. Your family member will receive separate correspondence regarding the adjudication of the Form I-765 once it is filed.

Priority for the issuance of U nonimmigrant status will be determined by the date the principal petition was received by USCIS. Once a visa is available to your family member, USCIS will determine their eligibility for U nonimmigrant status, and whether they are admissible to the United States.

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

If you are represented by an attorney, all further correspondence should be accompanied by Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative.

This notice does not constitute valid U nonimmigrant status or employment authorization, and may not be used to demonstrate legal immigration or employment status.

Sincerely,

*Laura Zuchowski*

Laura B. Zuchowski
Director